**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**LINDA GIER,**

      **Plaintiff,**

                                            **Case No. 06-13989**

**v.**

                                            **HONORABLE DENISE PAGE HOOD**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

      **Defendant.**

_____/

## **ORDER ACCEPTING REPORT AND RECOMMENDATION**

This matter is before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation dated March 26, 2007. As of this date, neither party has filed objections.

Magistrate Judge Majzoub concluded that the Commissioner's decision that Plaintiff was not "disabled" for purposes of the Social Security Act, 42 U.S.C. §§ 423, 1382, was supported by substantial evidence. The Magistrate Judge recommended that this Court grant Defendant's Motion for Summary Judgment, filed January 26, 2007, and deny Plaintiff's Motion for Summary Judgment, filed December 27, 2006.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusion for the proper reasons. Accordingly,

IT IS ORDERED that the Report and Recommendation of Magistrate Judge Mona K. Majzoub dated March 26, 2007 is ACCEPTED and ADOPTED as this Court's findings and

1

conclusions of law.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment **[Docket No. 6, filed December 27, 2006]** is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [**Docket No. 7, filed January 26, 2007**] is GRANTED.

IT IS FURTHER ORDERED that this matter is DISMISSED with prejudice.

      /s/ Denise Page Hood
      DENISE PAGE HOOD
      United States District Judge

DATED: April 30, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 30, 2007, by electronic and/or ordinary mail.

      S/William F. Lewis
      Case Manager